IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TODD BUNNELL, individually and on behalf of all persons similarly situated, | No. 5:21-cv-00511-JSM-PRL |
| **Plaintiff,** | |
| v. | |
| MBM DELIVERY AND LOGISTICS, LLC and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS, | |
| **Defendants.** | |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF
FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Plaintiff Todd Bunnell, through his undersigned counsel, respectfully moves

the Court for an Order:

1.      granting approval of the Parties' FLSA Collective Action Settlement

Agreement ("Settlement Agreement"), a true and correct copy of which is attached

as Exhibit 1 to the accompanying Memorandum of Law, as a fair and reasonable

resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2.      certifying, for settlement purposes only, the following Settlement

Collective as a collective action pursuant to 29 U.S.C. § 216(b):

> All current and former delivery drivers or couriers operating vehicles
> weighing less than 10,000 pounds who were paid by MBM to deliver
> packages pursuant to MBM's agreement with DHL in the United States
> between April 1, 2020 and September 30, 2022.

3.      granting Plaintiff's unopposed request for attorneys' fees in the amount

of $97,500.00 and costs not to exceed $7,500;

4.      approving Simpluris as the Settlement Administrator to perform all

duties and tasks assigned to the Settlement Administrator in the Settlement

Agreement, and approving the costs of settlement administration not to exceed

$8,895; and

5.      entering final judgment in this case and dismiss it with prejudice in

accordance with the terms of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the

Declaration submitted therewith, the Parties' Settlement Agreement and attached

Exhibits, and all other records, pleadings, and papers on file in this action.

Defendants do not oppose this Motion.

Dated: December 12, 2022                Respectfully submitted,

                                        /s/ Camille Fundora Rodriguez
                                        Camille Fundora Rodriguez
                                        Alexandra K. Piazza
                                        Reginald L. Streater
                                        **BERGER MONTAGUE PC**
                                        1818 Market Street, Suite 3600
                                        Philadelphia, PA 19103
                                        Tel.: (215) 875-3000
                                        Fax: (215) 875-4604
                                        crodriguez@bm.net
                                        apiazza@bm.net
                                        rstreater@bm.net

Janet Varnell; FBN: 0071072
**VARNELL & WARWICK P.A.**
1101 E. Cumberland Ave.
Suite 201H, #105
Tampa, FL 33602
Tel: (352) 753-8600
Fax: (352) 504-3301
jvarnell@vandwlaw.com

*Counsel for Plaintiff*

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel certify that in compliance with Local Rule 3.1(g),

they conferred with counsel for Defendants regarding this Motion, and counsel for

Defendants do not oppose the Motion.

Dated: December 12, 2022

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I caused the foregoing to be

served on all counsel of record via ECF.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
