UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| **TODD BUNNELL, individually and on behalf of all persons similarly situated,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**MBM DELIVERY AND LOGISTICS, LLC and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS,**<br><br>　　　　**Defendants.** | No. 5:21-cv-511-JSM-PRL |

### ORDER GRANTING
### PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF
### FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT

This case was stayed and administratively closed on December 15, 2021, to allow the parties to explore settlement through alternative dispute resolution. Upon consideration of Plaintiff's Unopposed Motion for Approval of FLSA Collective Action Settlement Agreement (Dkt. 34), the Court grants Plaintiff's Motion and ORDERS as follows.

　　1.　　The stay is hereby lifted and the Clerk is directed to reopen this case.

　　2.　　The Parties' Settlement Agreement is approved as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

　　3.　　For settlement purposes only, the following Settlement Collective is certified pursuant to 29 U.S.C. § 216(b):

All current and former delivery drivers or couriers operating vehicles weighing less than 10,000 pounds who were paid by MBM to deliver packages pursuant to MBM's agreement with DHL in the United States between April 1, 2020 and September 30, 2022.

4. Plaintiff's unopposed request for attorneys' fees in the amount of $97,500.00 and costs not to exceed $7,500 are approved;

5. Simpluris is approved as Settlement Administrator. Costs of the settlement administration not to exceed $8,895 are approved;

6. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

7. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiff, the certified Settlement Collective, and Defendants for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

8. The Clerk is directed to close the case.

Dated: December 14, 2022

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

BY THE COURT: