UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| TODD BUNNELL, individually and on behalf of all persons similarly situated,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MBM DELIVERY AND LOGISTICS, LLC and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS,<br><br>　　　Defendants. | No. 5:21-cv-511-JSM-PRL |

## FINAL JUDGMENT

Pursuant to the Court's Order (Dkt. 36), the Court enters Final Judgment dismissing this action with prejudice in accordance with the terms of the Settlement Agreement (Dkt. 35-1) and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. There is no just reason for delay in the entry of this Final Approval Order and Judgment.

ORDERED this 14th day of December, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE